FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JAVIER VELASCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | No. CV 96-7691-SVW (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: MOTION FOR ATTORNEY FEES** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation concerning plaintiff's attorney's motion for attorney fees. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Plaintiff's counsel's motion for attorney fees is **granted**.

3. Attorney's fees are awarded in the sum of Fourteen Thousand dollars and zero cents ($14,000.00).

4. Plaintiff's counsel is directed to reimburse plaintiff in the sum of Two Thousand Six

/

/

Hundred Fifty dollars and zero cents ($2,650.00), the amount already paid by defendant in EAJA fees.

5. The clerk shall serve this order on all counsel or parties of record.

DATED: 6/24/09

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE